x:\tc51577\appear

WDJ/ls
File No.: TC-51577

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------------X
HECTOR BETANCOURT,

                Plaintiff,

      -against-

ALAN KASMAN DBA KASCO, AMERICAN EXPRESS
BANK, LTD, AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY, BFP ONE
LIBERTY PLAZA CO., LLC, BFP TOWER C CO. LLC.,
BFP TOWER C MM LLC., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., BT PRIVATE
CLIENTS CORP., DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR, INC.,
GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., LEHMAN
BROTHERS HOLDINGS INC., LEHMAN BROTHERS,
INC., LEHMAN COMMERCIAL PAPER, INC.,
MCCLIER CORPORATION, MERRILL LYNCH & CO,
INC., NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC., NEW LIBERTY PLAZA LP, NEW
YORK CITY ECONOMIC DEVELOPMENT
CORPORATION, NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY, NEW YORK CITY

NOTICE OF
APPEARANCE

07 CV 4453

INDUSTRIAL DEVELOPMENT CORPORATION, ONE
LIBERTY PLAZA, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THE
BANK OF NEW YORK TRUST COMPANY NA, THE
BOARD OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178), THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO #1178),
TISHMAN INTERIORS CORPORATION, TRAMMELL
CROW COMPANY, TRAMMELL CROW CORPORATE
SERVICES, INC., WESTON SOLUTIONS, INC., WFP
ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY
PLAZA, CO. GP, CORP., WFP RETAIL CO. G.P. CORP.,
WFP RETAIL CO. L.P., WFP TOWER D CO. G.P.
CORP., W FP TOWER D HOLDING CO. I L.P., WFP
TOWER D HOLDING CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., WFP TOWER D. CO., L.P.,
AND WORLD FINANCIAL PROPERTIES, L.P., ET AL,

                Defendants.
-----------------------------------------------------------------------X

C O U N S E L O R S :

       PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been

retained as attorneys for said defendant and demand that copies of all papers in this action

be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 11, 2007

                                      WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                      BARRY, McTIERNAN & MOORE
                                      Attorneys for Defendants
                                      STRUCTURE TONE, INC. s/h/a
                                      STRUCTURE TONE (UK), INC. and
                                      STRUCTURE TONE GLOBAL SERVICES, INC.
                                      2 Rector Street – 14th Floor
                                      New York, New York  10006
                                      (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700