UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

ANDRZEJ BORKOWSKI,                                          07CV1472(AKH)

                                        Plaintiff(s),    **NOTICE OF ADOPTION BY**
                                                         **ZAR REALTY**
                        -against-                        **MANAGEMENT CORP. OF**
                                                         **ANSWER TO MASTER**
100 CHURCH LLC, et al.,                                  **COMPLAINT**

                                        Defendants.

      **PLEASE TAKE NOTICE** that defendant **ZAR REALTY MANAGEMENT CORP.**

**n/k/a SAPIR REALTY MANAGEMENT CORP.** for the building located at 100 Church

Street, (hereinafter "Zar/Sapir") as and for its response to the allegations set forth in the

Complaint by Adoption (Check-Off Complaint) related to the Master Complaint adding new

defendants not previously served filed in the above-referenced action, herein adopts Zar/Sapir 's

Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In re World*

*Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).  **ZAR/SAPIR** has

filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from

having to file such a disclosure in this specific matter, pursuant to the provisions of Case

Management Order No. 4 (¶ J(2)).

      **PLEASE TAKE FURTHER NOTICE THAT** defendant, Zar/Sapir reserves its right to

assert any defenses to which it is entitled, including but not limited to those enumerated in Case

Management Order No. 4 (¶¶ D(1)-(5)).

**WHEREFORE**, Zar/Sapir  demands judgment dismissing the above-captioned action as

against it, together with its costs and disbursements.

Dated: New York, New York
　　　　December 4, 2007

　　　　　　　　　　　　　　　**HARRIS BEACH PLLC**
　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　ZAR REALTY MANAGEMENT CORP. n/k/a
　　　　　　　　　　　　　　　SAPIR REALTY MANAGEMENT CORP.


　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　Stanley Goos, Esq.  (SG 7062)
　　　　　　　　　　　　　　　100 Wall Street, 23rd Floor
　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　(212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
***Liaison Counsel for Plaintiff***

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
***Liaison Counsel for the Defendants***

**All Counsel via ECF**

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on December 4, 2007, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.    Notice of Zar Realty Management Corp.'s Adoption of Answer to Master Complaint.

Dated: December 4, 2007

_____/s/_____
Stanley Goos, Esq. (SG 7062)