KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER   21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
ANDRZEJ BORKOWSKI,                  DOCKET NO:
                                    07 CV 1472
                **Plaintiff,**

   -against-

100 CHURCH, LLC, ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC., AMERICAN
EXPRESS BANK, LTD., AMERICAN EXPRESS
COMPANY, AMERICAN EXPRESS TRAVEL
RELATED SERVICS COMPANY, INC.,
BATTERY PARK CITY AUTHORITY, BFP ONE     NOTICE OF
LIBERTY PLAZA CO., LLC., BFP TOWER       APPEARANCE
C CO., LLC, BFP TOWER C MM LLC
BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BOARD
OF MANAGERS OF HUDSON VIEW EAST
CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, L.P, BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CUNNINGHAM DUCT
CLEANING CO., INC., ENVIROTECH CLEAN
AIR, INC., FGP 90 WEST STREET, INC.,
GPS ENVIRONMENTAL CONSULTANTS,
INC., HARRAH'S OPERATING COMPANY,INC.,
HILTON HOTELS CORPORATION, HUDSON
VIEW EAST CONDOMINIUM, HUDSON VIEW
TOWER ASSOCIATES, INDOOR AIR

PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,  KASCO RESTORATION, SERVICES, CO., KIBEL COMPANIES, LAW ENGINEERING, P.C, LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN COMMERICAL PAPER, INC., MCCLIER CORPORATION, MERRILL LYNCH & CO., INC., NYSE INC., R Y MANAGEMENT CO., INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC RY MANAGEMENT, STRUCTONE TONE (UK) INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE NEW YORK CITY DEPARTMENT OF EDUCATION, THE NEW YORK CITY SCHOOL AUTHORITY, TRAMMELL CROW COMPANY, TRAMMELL CROW CORORATE SERVICES, INC.,TRC ENGINEERS, INC., TRIBECA NORTH END, LLC, TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP RETAIL CO. G.P., CORP., WFP RETAIL CO. L.P., WFP TOWER A CO., WFP TOWER A CO., G.P., CORP., WFP TOWER A CO., L.P., WFP TOWER D CO., G.P., CORP., WFP TOWER D HOLDING CO., I L.P., WFP TOWER D HOLD I G.P., CORP., WFP TOWER D CO., L.P.,  AND ZAR REALTY MANAGEMENT CORP., ET AL.
                          **Defendants.**
..................................................................................x

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for:

   CUNNINGHAM DUCT WORK s/h/i/a
   CUNNINGHAM DUCT CLEANING CO., INC.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
January 24, 2008

                                                <u>Kevin G. Horbatiuk</u>
Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING**
**CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**ANDRZEJ BORKOWSKI**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 7th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**ANDRZEJ BORKOWSKI**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
KEVIN G. HORBATIUK