UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
IN RE: LOWER MANHATTAN DISASTER SITE                          :       21 MC 102 (AKH)
LITIGATION                                                    :
                                                              :
                                                              :
------------------------------------------------------------- X
                                                              :
ANDRZEJ BORKOWSKI,                                            :       07-CV-1472 (AKH)
                                                              :
                          Plaintiff,                          :
                                                              :
-against-                                                     :
                                                              :
100 CHURCH, LLC, ALAN KASMAN DBA                              :
KASCO, AMBIENT GROUP, INC., AMERICAN                          :       **FGP 90 WEST STREET,**
EXPRESS BANK, LTD, AMERICAN EXPRESS                           :       **INC.'S NOTICE OF**
COMPANY, AMERICAN EXPRESS TRAVEL                              :       **ADOPTION OF ANSWER TO**
RELATED SERVICES COMPANY, INC.,                               :       **MASTER COMPLAINT**
BATTERY PARK CITY AUTHORITY, BFP                              :
TOWER C CO. LLC., BFP TOWER C MM LLC,                         :
BLACKMON-MOORING-STEAMATIC                                    :
CATASTROPHE, INC. d/b/a BMS CAT, BOARD                        :
OF MANAGERS OF THE HUDSON VIEW EAST                           :
CONDOMINIUM, BROOKFIELD FINANCIAL                             :
PROPERTIES, INC., BROOKFIELD FINANCIAL                        :
PROPERTIES, LP, BROOKFIELD PARTNERS,                          :
LP, BROOKFIELD PROPERTIES                                     :
CORPORATION, BROOKFIELD PROPERTIES                            :
HOLDINGS INC., CUNNINGHAM DUCT                                :
CLEANING CO., INC., ENVIROTECH CLEAN                          :
AIR, INC., FGP 90 WEST STREET INC., GPS                       :
ENVIRONMENT CONSULTANTS, INC.,                                :
HARRAH'S OPERATING COMPANY, INC.,                             :
HILTON HOTELS CORPORATION, HUDSON                             :
VIEW EAST CONDOMINIUM, HUDSON VIEW                            :
TOWERS ASSOCIATES, INDOOR AIR                                 :
PROFESSIONALS, INC, INDOOR                                    :
ENVIRONMENTAL TECHNOLOGY, INC.,                               :
KASCO RESTORATION SERVICES CO., KIBEL                         :
COMPANIES, LAW ENGINEERING P.C.,                              :
LEHMAN BROTHERS HOLDINGS INC.,                                :
                                                              :

NEWY1\8192541.1

| | |
|---|---|
| LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., MCCLIER CORPORATION, MERRILL LYNCH & CO, INC., NYSE, INC., RY MANAGEMENT CO., INC, ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE NEW YORK CITY DEPARTMENT OF EDUCATION, THE NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., TRC ENGINEERS, INC., TRIBECA NORTH END, LLC, TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER A CO. G.P. CORP., WFP TOWER A CO., WFP TOWER CO., L.P. WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., and ZAR REALTY MANAGEMENT CORP., | : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |
| ------------------------------------------------------------ | X |

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
February 4, 2008

By: ___s/ Keara M. Gordon___
Keara M. Gordon (KMG 2323)
Michael D. Hynes (MH 5086)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501

Robert J. Mathias (*pro hac vice application pending)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant
FGP 90 West Street, Inc.*

NEWY1\8192541.1